

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH:LZ/AXB
F. #2022R01030

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 16, 2023

<u>By E-mail</u>

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Samuel Miele
               <u>Criminal Docket No. 23-327 (OEM)</u>

Dear Judge Bulsara:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                         Respectfully submitted,

                                         BREON PEACE
                                         United States Attorney

                     By:      /s/ Laura Zuckerwise
                                         Laura Zuckerwise
                                         Assistant U.S. Attorney
                                         (718) 254-6204

Enclosure

cc:    Clerk of Court (by ECF)
       Kevin Marino, Esq. (by ECF)