UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                         1:23-cr-00327-OEM-1

SAMUEL MIELE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Trial Attorney Jacob R. Steiner from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

> Trial Attorney Jacob R. Steiner
> Public Integrity Section
> U.S. Department of Justice
> 1301 New York Ave, NW, 10th Floor
> Washington, DC 20530
> Tel:  202-514-1412
> Email: Jacob.Steiner@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Jacob R. Steiner at the email address set forth above.

Dated: Brooklyn, New York
August 16, 2023

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section

By: */s/ Jacob R. Steiner*
Jacob R. Steiner
Trial Attorney

cc: Clerk of the Court (OEM)