UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                                          1:23-cr-00327-OEM-1

SAMUEL MIELE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Trial Attorney John P. Taddei from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Trial Attorney John P. Taddei
        Public Integrity Section
        U.S. Department of Justice
        1301 New York Ave, NW, 10th Floor
        Washington, DC 20530
        Tel:  202-514-1412
        Email: john.taddei@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney John P. Taddei at the email address set forth above.

Dated:   Brooklyn, New York
        August 16, 2023

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section

By:   */s/ John P. Taddei*
John P. Taddei
Trial Attorney

cc:   Clerk of the Court (OEM)