# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Sanket Bulsara  DATE: 8/16/2023

DOCKET NUMBER: 23 CR 327 (J Merchant)  LOG #: 11:29 — 11:47

DEFENDANT'S NAME: Samuel Miele
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: Kevin Marino
___ Federal Defender ___ CJA ✓ Retained

A.U.S.A: Laura Zuckerwise + Ryan Harris  CLERK: SM Yuen

Probation: _____ (Language) _____

- ✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
- ✓ Defendant pleads NOT GUILTY to ALL counts.
- ✓ Rule 5f Order read into the record.
- ✓ BAIL HEARING Held.   ✓ Defendant's first appearance.
  - ✓ Bond set at $150,000   Defendant ✓ released ___ held pending satisfaction of bond conditions.
  - ✓ Defendant advised of bond conditions set by the Court and signed the bond.
  - 2 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - ___ (Additional) surety/ies to co-sign bond by _____
  - ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
- ___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____