UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,  : Case No. 1:23-cr-00327-JS
:
:
v. :
:
: **NOTICE OF APPEARANCE**
SAMUEL MIELE, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that John D. Tortorella from this point forward will be added as counsel for the Defendant in the above-captioned matter.

All future correspondence to the Defendant in the above-captioned matter should be sent to:

John D. Tortorella
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, NJ 07928
Tel: 973-824-9300
E-mail: jtortorella@khmarino.com

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to John D. Tortorella at the email address set forth above.

Respectfully submitted,

Dated: Chatham, New Jersey    By: _____
August 18, 2023                    John D. Tortorella

cc:   Clerk of the Court