UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SAMUEL MIELE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER OF EXCLUDABLE DELAY

Docket No. 23-CR-327 (JS)

       WHEREFORE a joint application by BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Ryan C. Harris, Anthony Bagnuola, and Laura Zuckerwise, and COREY R. AMUNDSON, Chief of the Public Integrity Section of the United States Department of Justice, by Trial Attorneys John Taddei and Jacob Steiner (collectively, the "Government") and defendant SAMUEL MIELE seeks an Order excluding the time period from September 5, 2023 to October 6, 2023, in computing the time within which trial must commence in the above-captioned matter, and

       WHEREFORE, the Government and the defendant stipulate that they are engaged in plea negotiations, which they believe are likely to result in a disposition of this case without trial, and that they require an exclusion of time in order to focus efforts on plea negotiations without the risk that they would not, despite their diligence, have reasonable time for effective preparation for trial, and

       WHEREFORE, the Court finds that the requested exclusion of time serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because given the reasonable likelihood that ongoing plea negotiations will result in a disposition of this case without trial, the exclusion of time will allow all counsel to focus their efforts on plea

negotiations without the risk that they would be denied the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence;

IT IS ORDERED that the period of time from September 5, 2023 to October 6, 2023, shall be excluded from the computation of time within which trial must commence in the above-captioned matter.

Dated:  Central Islip, New York
        September ____, 2023

_____
THE HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK