## MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

————

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
JENNIFER P. MONTAN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10019
TELEPHONE (212) 307-3700
FAX (212) 262-0050
e-mail: kmarino@khmarino.com
*OF COUNSEL

October 2, 2023

**VIA ECF**

Honorable Joanna Seybert, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *United States v. Samuel Miele*
              Case 1:23-cr-00327-JS

Dear Judge Seybert:

      We write on behalf of the Defendant, Sam Miele, to confirm that he consents to excluding the period from October 6, 2023, to October 11, 2023, from the computation of time within which his trial must commence.

      Thank you for your continued attention to this matter.

           Respectfully,

           Kevin H. Marino

cc:  All counsel of record