# MARINO, TORTORELLA & BOYLE, P.C.

### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

———

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: kmarino@khmarino.com
*OF COUNSEL

April 4, 2024

**VIA ECF**

Honorable Joanna Seybert, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *United States v. Samuel Miele*
             Case 1:23-cr-00327-JS

Dear Judge Seybert:

      We write on behalf of Defendant Samuel Miele, who is scheduled to appear before your Honor for sentencing at 3:00 pm on April 30, 2024. Our firm is scheduled to try a case in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, for three days beginning on April 29, 2024. In light of that conflict, we respectfully request that your Honor adjourn Mr. Miele's sentencing to a later date in mid-May 2024 convenient to the Court. Counsel for the Government consents to this request.

      Thank you for your consideration of this request and for your continued attention to this matter.

      Respectfully,

      Kevin H. Marino

cc:  All counsel of record