UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------X

UNITED STATES OF AMERICA

   - against -                                Case No. 1:23-cr-00327-JS-1

SAMUEL MIELE,

       Defendant.

---------------------------X

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Trial Attorney Jacob R. Steiner from this point forward will be withdrawn as counsel in the above-captioned matter.

Dated: Washington, DC
       January 31, 2025

                                       Respectfully submitted,

                                       JOHN D. KELLER
                                       Acting Chief, Public Integrity Section
                                       U.S. Department of Justice

                           By:    */s/ Jacob R. Steiner*
                                   Jacob R. Steiner
                                   Trial Attorney

cc:    Clerk of the Court (OEM)
        Counsel of Record