# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE

————

ROSEANN BASSLER DAL PRA*
EREZ J. DAVY*
ANTHONY J. TAGLIAFERRO
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 307-3700
FAX (212) 542-3790
e-mail: kmarino@khmarino.com
*OF COUNSEL

March 10, 2025

**VIA ECF**

Honorable Joanna Seybert, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:   *United States v. Samuel Miele*,
>        Case No. 1:23-cr-00327-1-JS

Dear Judge Seybert:

During Defendant Samuel Miele's sentencing hearing on Friday, March 7, 2025, your Honor indicated that you would recommend that Mr. Miele be designated to the federal correctional facility requested by him. We have now considered the issue and respectfully request that the Court recommend that Mr. Miele be designated for the minimum-security satellite camp at FCI Fairton.

Thank you for your consideration of this submission and for your accommodation in making this designation request.

Respectfully submitted,

Kevin H. Marino

cc: All counsel of record